UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RHONE WATSON,<br><br>   Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden (A),<br><br>   Respondent. | No. CV 12-2873-DDP (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

  ACCORDINGLY, IT IS ORDERED:

  1. The report and recommendation is adopted.

  2. Judgment shall be entered consistent with this order.

  3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 19, 2012

                        /s/ Dean D. Pregerson
                        HONORABLE DEAN D. PREGERSON
                        UNITED STATES DISTRICT JUDGE