# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RHONE WATSON, | ) | No. CV 12-2873-DDP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KEVIN CHAPPELL, Warden (A), | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied. Ground One is dismissed with prejudice and Ground Two is dismissed without prejudice.

DATED: December 19, 2012

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE